United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HILTON JOHN ESCOBAR PUDIS,<br>"Petitioner," | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-00580 |
| WARDEN, OF EL VALLE<br>DETENTION CENTER,<br>"Respondent." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 9) ("R&R"). The R&R recommends that the Court: (1) deny Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), and (2) direct the Clerk of Court to close the case. Dkt. No. 9 at 1.

The R&R was published on June 29, 2026, and objections to the R&R were due on July 21, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 9) is **ADOPTED**. The Petition (Dkt. No. 1) are hereby **DENIED**, and the Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 5, 2026

Rolando Olvera
United States District Judge